Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd, SO –RM 1334
Las Vegas, NV 89101



March 14, 2010

To Whom It May Concern:

I Robert Allen Walls, Plaintiff vs. Recontrust Company, NA., et al., Defendant, in case 2:10-cv-00291 – RCJ – RJJ, have received MINUTE ORDER IN CHAMBERS, PETITION FOR REMOVAL OF CIVIL ACTION, CERTIFCATE OF INTERESTED PARTIES and NOTICE OF FILING OF NOTICE OF REMOVEL TO U.S. DISTRICT COURT, Court Documents, pertaining to the case above on March 8, 2010.

Sincerely,

*Robert Allen Walls*

Robert Allen Walls

3940 Laurel Canyon Blvd. #926
Studio City, CA 91604