June, 4, 2010

To: Clerk, U.S. District Court

2010 JUN -7 P 1:40

**Would you please add this Receipt to:**

**CIVIL DOCKET FOR CASE #: 2:10-cv-00291-GMN-RJJ**

Showing that the Plaintiff has compelled with the Court Order, as of June 1, 2010.

Thank you,

*Robert Allen Walb*

# **RECEIPT**

For monies paid, in regards to the Court Order on May 10, 2010 on

**Case Name: Walls v. Recontrust Company, N.A, et al**

**Case Number: 2:10-cv-00291-RCJ-RJJ**

This document verifies receipt of Cashiers Check, # 7514201084, in the amount of $1431.00 paid to:

Lewis and Roca LLP
c/o Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

In receipt of this Check pursuant to the Court Order, Christopher Jorgensen, representative for the Defendants Recontrust Company, Bank Of America, their agents, servants, employees and representatives, and all persons acting in concert or participating with them, are hereby ENJOINED AND RESTRAINED from engaging in, committing or performing directly or indirectly, and of the following acts:

Foreclosing upon, selling or otherwise transferring the real property located at 5222 Pioneer Cabin Court, North Las Vegas, Nevada, 89031, (the "Property") *For a period of 90 days contingent on the payments further ordered by this court. JCJ*

Interfering with Plaintiff's possession of the real property located at 5222 Pioneer Cabin Court, North Las Vegas, Nevada, 89031; ~~and~~ *For a period of 90 days contingent on the payments further ordered by this court. JCJ; and)*

~~...including but~~ not limited to unlawful detainer proceedings to remove or otherwise interfere with Plaintiff's possession of the real property located at 5222 Pioneer Cabin Court, North Las Vegas, Nevada, 89031 *For a period of 90 days contingent on the payments further ordered by this court. JCJ*

_____          June 1, 2010
Christopher Jorgensen, Esq.        Date and Time
On behalf of Defendants

_____          6-1-2010
Witnessed by:                      Date and Time

Robert Allen Walls
12400 Ventura Blvd #426
Studio City, CA
91604

Clerk, U.S. District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. So-RM 1334
Las Vegas, NV 89101