**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| ROBERT ALLEN WALLS, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> RECONTRUST COMPANY, N.A. et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:10-cv-00291-GMN-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED THAT:

(1) The foreclosure of the real property located at 5222 Pioneer Cabin Court, North Las Vegas, Nevada, 89031, Parcel 124-31-225-010, is prohibited for ninety (90) days following May 24, 2010, and Defendants are also prohibited from taking other actions pertaining to re-noticing, notices of default, or notices of sale during that time period, as long as the following conditions are met or have been met:

    (a) Plaintiff made mortgage payments of $1,431.00 on or before June 1, 2010; $1,431.00 on or before July 1, 2010; $1,431.00 on or before August 1, 2010, while the stay was in place. These payments were to have been sent to Bank of America, c/o J. Christopher Jorgensen, Lewis & Rocca LLP, 3993 Howard Hughes Pkwy., Ste. 600, Las Vegas, NV 89169, and to have been placed in the Trust Fund of Lewis & Rocca until the completion of this litigation or a court order directing their release.

    (b) Both parties are to return to the state foreclosure mediation program under the following conditions:

        (i) Plaintiff must appear in good faith and must provide Defendants with

all financial information or documentation necessary for a loan modification to be processed;

  (ii) Defendants must appear in good faith and must have an individual with loan modification authority present at the mediation and must provide all documents required by the state mediation program.

(2) If Plaintiff does not make the required payments by the dates set forth in this order, the stay prohibiting foreclosure will be lifted immediately and foreclosure can commence.

DATED this his 31st day of August 2010.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE