September, 7, 2010

To: Clerk, U.S. District Court

**Would you please add these Receipts to:**

**CIVIL DOCKET FOR CASE #: 2:10-cv-00291-GMN-RJJ**

Showing that the Plaintiff has completely compelled with the Court Order, as of September 1, 2010.

Thank you,

*Robert Allen Walls*

# **RECEIPT**

## For monies paid, in regards to the Court Order on May 10, 2010 on

## Case Name: Walls v. Recontrust Company, N.A, et al

## Case Number: 2:10-cv-00291-RCJ-RJJ

July 28, 2010

This document verifies receipt of Check, # 3356, in the amount of $1431.00 paid to:

Lewis and Roca LLP
c/o Christopher Jorgensen, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

In receipt of this the Check (the third of three) pursuant to the Court Order above, paid to Christopher Jorgensen, of Lewis and Roca LLP, representative for the Defendants Recontrust Company, Bank Of America, their agents, servants, employees and representatives, and all persons acting in concert or participating with them.

_____          7-30-10
Christopher Jorgensen, Esq.                Date
On behalf of Defendants

Robert Allen Walls
12400 Ventura Blvd #926
Studio City, CA 91604

SANTA CLARITA
CA 913 11
09 SEP 2010 PM

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 Las Vegas Blvd. SO-RM 1334
LAS VEGAS, NV 89101