J. CHRISTOPHER JORGENSEN, ESQ.
STATE BAR NO. 5382
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169
(702) 949-8200
(702) 949-8398/fax

*Attorneys for Defendants Recontrust Company,
N.A. and BAC Home Loan Servicing, LP*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ALLEN WALLS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RECONTRUST COMPANY, N.A.; BAC HOME LOAN SERVICING, LP;<br><br>　　　　　　　Defendants. | Case: 2:10-cv-00291-GMN-RJJ<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order dated October 6, 2010 (Dkt. #32), Plaintiff Robert Allen Walls ("Plaintiff"), and Defendants Recontrust Company, N.A. and BAC Home Loan Servicing, LP ("Defendants"), hereby submit their Joint Status Report.

**1.　Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.**

Plaintiff filed his Complaint on February 2, 2010 (Dkt. #1). The case was removed to federal court on March 3, 2010 (Dkt. #1). Defendants' Motion to Dismiss was filed on March 10, 2010 (Dkt. #7). Judge Jones issued his Order granting Defendants' Motion to Dismiss on May 24, 2010 (Dkt. #20). However, at Plaintiff's request the Court stayed the Order dismissing the Complaint and ordered the parties to submit to mediation through the Nevada Foreclosure Mediation Program.

The documents from the mediation program were sent directly to the subject property's physical address and not to the Plaintiff's mailing address, and Plaintiff states he never received the documents. Plaintiff corrected this by contacting Betty Carter of the Foreclosure Mediation

Program on October 13, 2010 directly by phone and e-mail. At that time the Plaintiff supplied Betty Carter with a new mailing address and requested she mail a copy of the loan mediation documents as soon as possible. As soon as the Plaintiff receives the loan mediation documents, he will complete them and return to Betty Carter by certified mail, along with the filing fee. The parties will await a response from Betty Carter as to the Mediation hearing date.

**2.     Include a statement by counsel of action required to be taken by this court.**

Defendants ask the court to place a deadline for the completion of the mediation.

**3.     Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.**

The undersigned are unaware of any motions or pleadings in this action or other matters that may affect this action that were not already attached to the Notice of Removal or subsequently filed with the Court herein.

LEWIS AND ROCA LLP

/s/ J. Christopher Jorgensen
J. CHRISTOPHER JORGENSEN, ESQ.
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV  89169
*Attorneys for Defendants Recontrust Company, N.A. and BAC Home Loan Servicing, LP*
DATED:  October 21, 2010

/s/ Robert Allen Walls
Robert Allen Walls
12400 Ventura Blvd., #926
Studio City, CA  91604
*Pro Se Plaintiff*
DATED:  October 21, 2010