

Robert Allen Walls
3940 Laurel Canyon Blvd. #926
Studio City, CA 91604
(818) 261-9474

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ALLEN WALLS, | Case: 2:10-cv-00291-GMN-RJJ |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| RECONTRUST COMPANY, N.A.; BAC HOM LOAN SERVICING, LP | |
| Defendants. | |

Pursuant to the Court Order dated October 20, 2010, (Dkt. #32), Plaintiff, Robert Allen Walls submits the following Joint Status Report.

### STATEMENT OF FACTS

In correspondence between the Plaintiff and counsel for the Defendants this past week. It has come to light that the original Loan Mediation documents were sent directly to the property address and not to the Plaintiffs mailing address, therefore he never received them. The mailing address is on record with the court and with counsel for the Defendants.

Plaintiff has corrected this by contacting Betty Carter of the Foreclosure Mediation Program on October 13, 2010 directly by phone and e-mail (Exhibit A). At that time the Plaintiff supplied Betty Carter with the correct mailing address and requested she mail a copy of the Loan Mediation documents as soon as possible.

As soon as the Plaintiff receives the Loan Mediation Documents, he will complete them and return to Betty Carter by certified mail, along with the filing fee. Plaintiff will await a response from Betty Carter as to the Mediation hearing date.

DATED this 18 day of October, 2010

Respectfully Submitted,

Robert Allen Walls, pro se

By: *Robert Allen Walls*
Robert Allen Walls
3940 Laurel Canyon Blvd. #926
Studio City, CA 91604

Tel No: (818) 261-9474

Plaintiff

# EXHIBIT A

**From:** Carter, Betty <bcarter@nvcourts.nv.gov>
**To:** raw247la@aol.com
**Subject:** RE: Hello, it's Robert Allen Walls.
**Date:** Wed, Oct 13, 2010 5:08 pm

Hello Mr. Walls:

This e-mail is to confirm our conversation today wherein you requested me to mail a copy of the letter I mailed on 8/2/10 to; 5222 Pioneer Cabin Ct, North Las Vegas, NV to your residence at 12400 Ventura Blvd, #926, Studio City, CA 91604. You informed me the North Las Vegas address is not owner occupied nor is it your primary residence.

Thank you for your communication.

**Betty Carter**
**Administrative Assistant**
**State of Nevada**
**Foreclosure Mediation Program**
**200 Lewis Avenue, 17th Floor**
**Las Vegas, NV 89701**
**702-486-9382**
**702-486-9339 Fax**
**bcarter@nvcourts.nv.gov**

---

**From:** raw247la@aol.com [mailto:raw247la@aol.com]
**Sent:** Wednesday, October 13, 2010 3:13 PM
**To:** Carter, Betty
**Subject:** Hello, it's Robert Allen Walls.

Hi Betty,

Thank you so much for your time this afternoon helping me to understand why I never received the Mediation documents, and that they were sent to the property address, and not to my mailing address on record with the court.

And if you would explain to me again in this e-mail, what you explained to me on the phone it would be much appreciated.

Thank you again for your time.

Best,

Robert Allen Walls