1  ROBERT ALLEN WALLS
   12400 VENTURA BLVD #926
2  SUTIO CITY, CA 91604
   (818)261-9474
3  Pro Se

4

5

6                    UNTIED STATES DISTRICT COURT

7                   FOR THE DISTRIST OF NEVADA

8

9  ROBERT ALLEN WALLS,             )  **Case No.: 2:10-CV-00291-GMN-RJJ**
                                   )
10                    Plaintiff,   )  **PLAINTIFF'S DECLARATION IN**
                                   )  **SUPPORT TO RESTAIN DEFENDANTS**
11      vs.                        )  **FROM SELLING SUBJECT PROPERTY**
                                   )  **IN VIOLATION OF NEVADA LAW**
12  RECONTRUST COMPANY, N.A.; BAC  )
                                   )
13  HOME LOAN SERVICING, LP;       )
                                   )
14                    Defendant )
                                   )
15  ────────────────────────────────

16      I, ROBERT ALLEN WALLS, Plaintiff in this case appeared at the scheduled

17  Nevada Loan Mediation hearing on January 20, 2011, in good faith and having

18  providing all the needed documents required of me, hoping to mediate a fair

19  loan reduction on the subject property. But Bank of America merely put me

20  through the cookie cutter formalities in the Nevada Loan Mediation hearing

21  they did when I applied for the Loan Modification process over the phone. I

22  failed to meet their criteria and I was declined for any mediation and told

23  my only option was to do a short sale with in seven (7) days or they would

24  proceed with the foreclosure process in sixty (60) days.

25      There was no good faith extended by Bank of America, it was strict, by

the book formalities, having no interest in helping a homeowner who's loan

                              - 1

1   for a $229,000 house, was appraised by Bank of America on December 28,2010

2   for $108,000.

3          The State Of Nevada sued Bank of America Loan Servicing LP/Recontrust,

4   Case No. A-10-631557-B, filed Friday December 17, 2010 for routinely

5   misleading consumers about home loan modifications, failing to follow

6   through, leaving borrowers in limbo and violating the State's consumer fraud

7   act. Should Bank of America be allowed to do loan modifications in Nevada

8   while this suit is pending?

9                    **MEMORANDUM OF POINTS AND AUTHORITIES**

10          In Mr. Jorgensen, Defendants' Renewed Request for Status Conference, he

11   states I presented myself at the corporate offices for the Defendants and

12   "demanded" to see the original promissory note, is misleading.

13          The events are as follows; I spoke with Martin Miranda, NV Mediation

14   Coordinator, of the National Default Servicing Corporation about the

15   documents that he had forwarded to me. One (1), being a certified document

16   (Exhibit A). I asked Mr. Miranda if he could contact Mr. Thomas Huyan at

17   Reconstrust, whose name and signature appear on the document to set up a

18   viewing of the documents listed. He said yes, Mr. Miranda called the numbers

19   he had for Recontrust to set up a viewing and advised me to call as well.

20   After unsuccessful attempting to reach someone/anyone with Recontrust, I went

21   to the address on the document. (Exhibit A)

22          The address of Recontrust was a Bank of America building. At the main

23   lobby I asked the Security Guard at the desk if Mr. Thomas Huynh was employed

24   there. He directed me to the employee security entrance. The Security Guard

25   at the employee desk directed me to a black tinted non descript door where

the Recontrust entrance is hidden. I spoke with the receptionist who would

not allow me to enter until I explained whom I was there to see. She invited me in, and called Mr. Thomas Huyah. When he arrived I showed him the document and asked if it was his signature (Exhibit A), he said yes. I "politely" asked if I could view the documents listed, again he said yes and instructed me to follow him to his desk. He pulled up the information on his computer and set out to retrieve the documents, he returned 25 minutes later with no documents and explained he was unable to find them. One of Mr. Huynh's co-workers, Mr. Nam Diep, said that someone would call me set up a time for me to view the documents.

It was obvious that Mr. Huynh and Nam Diep were Bank of America employees and had documentation and certificates of appreciation for their work rendered from Bank of America easily seen around their desks.

This is a conflict of interest that the Trustee and the Beneficiary are one and the same entity.

Mr. Nam Diep called a few days later and told me to contact Mr. Jorgensen to set up a viewing of the documents. The next day I sent Mr. Jorgensen, an email. A week later Counsel replied that he was trying to arrange an inspection time and date, and would contact me as soon as he had done so. As of this writing nothing has transpired. I assume that Mr. Jorgensen's, non-response is an admission that he cannot produce them.

The Certified Document was signed in California presented as evidence in a Nevada Mediation Hearing, and signed by Mr. Thomas Huynh, under the penalty of perjury under the laws of the "State of Texas". (Exhibit A)

It is the right of the Borrower, under the Truth In Lending Act to know who is the rightful owner of the Promissory Note. The Truth in Lending Law provides for the submission of documents involved in mortgage loans.

1    In researching recorded assignments in the Clark County Records office

2    there is no clear chain of Title, giving BAC Home Loans Serving, LP; no

3    authority to foreclosure on the property. I present the findings of three (3)

4    Loans that are in question with the Default. All Exhibits are on file with

5    the Clark County Recorder. One (1), an email correspondence supplied by David

6    Upton, Account Manager for Impac Funding Corp.

7    1) Filed on 3/5/2004, Deed of Trust, Instrument No. 20040305-03187 was the

8        First (1st) Loan, in the amount of $171,500. The Lender was Mortgage

9        Loan Specialists, Inc., Chicago Title as the Trustee, and the Lender,

10       Mortgage Loan Specialists, Inc. as the Beneficiary. (Exhibit B)

11   2) Filed on 3/5/2004, Deed Of Trust, Instrument No. 20040305-03188 was the

12       Second (2nd) Loan, in the amount of $49,000. The Lender was Mortgage

13       Loan Specialists, Inc., Chicago Title, Trustee, and the Lender,

14       Mortgage Loan Specialists, Inc., as the Beneficiary. (Exhibit C)

15   3) Filed on 10/24/2006, Deed of Trust, Instrument No. 20061024-0005136 was

16       a New Loan refinancing the above two (2) Loans into one (1), in the

17       amount of $229,000. The Lender was Countrywide Home Loans, Inc.,

18       Recontrust Company, Trustee and MERS as the Beneficiary.(Exhibit D)

19   4) Filed on 12/07/2006, Substitution Of Trust and Full Reconveyance,

20       Instrument No. 2040305-03187. (This Instrument No. correlates to the

21       loan filed on 3/05/2004 for $171,000 Exhibit "B"); substituting a new

22       Trustee, Recontrust (already the Trustee with the filing of the new

23       Loan in Exhibit "D"), assigns Impac Funding Corp. as the new

24       Beneficiary. Which superseded the old Beneficiary MERS, of the Loan

25       Exhibit "D" Instrument No. 20061024-0005136. (Exhibit E)

5) Filed on 5/23/2007, Assignment Of The Deed of Trust, Instrument No. 2040305-03187. (This Instrument No. correlates to the loan filed on 3/05/2004 for $171,000 Exhibit "B"); Mortgage Loan Specialists, Inc., assigning the Deed Of Trust over to Impac Funding Corp. (Exhibit F)

6) Filed on 8/17/2010, Corporation Assignment Of Deed Of Trust Nevada, Instrument No. 20061024-0005136, (This Instrument No. correlates to the loan filed on 10/24/2006 for $229,000 Exhibit "D") Assigning BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing LP. Who assigns them the Deed Of Trust? (Exhibit G)

7) Emails on 1/6-7/2011, correspondence supplied by Mr. David Upton, Account Manager for Impac Funding Corp. In information supplied by Mr. Upton it shows that Impac Funding Corp. was only the owner of the Loan Instrument No. 20040305-03188 the Second (2nd) Loan, in the amount of $49,000, and was paid off in full on October 26, 2006. Mr. Upton has no record of Impac Funding Corp. ever having been assigned the Loan Instrument No. 2040305-03187, the loan filed on 3/05/2004 for $171,000 Exhibit "B", or ever being the beneficiary on the Loan of the same Instrument No., Assigned to them in Exhibit "E". (Exhibit H)

The Exhibits speak for themselves, there is probable cause to wonder why Bank of America has been allowed to cover-up their shady dealings and pose as the real party of interest, as it states in the Complaint filed in the State of New York Court in Manhattan on January 27,2011, Dexia Holdings Inc. et al v Countrywide Financial Corp. et al.

Hopefully this will curtail the massive fraud and corruption of the banking system in the mortgage/foreclosure meltdown that is eating at the

1   soul of our social fiber of our once great country, we have all become

2   victims of their criminal activities.

3        I ask of the court under the due process of law, that we are all equal

4   before the law, and have the Counsel for the Defendants produce the Original

5   Note, the Original Deed of Trust and/or each assignment of the Deed of Trust,

6   to clear up all questions of their rightful ownership and their legal

7   standing to foreclose on subject property.

8

9   Dated this 31th day of January, 2011

10

11                                              By  *Robert Allen Walls*

12                                              ROBERT ALLEN WALLS
                                                12400 VENTURA BLVD #926
13                                              SUTIO CITY, CA 91604
                                                PRO SE
14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT  A

CERTIFICATION OF DOCUMENTS PURSUANT TO NV A. B. 149 AND AMENDED
FORECLOSURE MEDIATION RULES, RULE 5, SECTION 10

I, Thomas Huynh, declare:

1.  I am an MLO-Servicing Team Manager employed by:

    ☑ ReconTrust Company, N.A.

    ☐ Bank of America

    ☐ _____

At 1800 Tapo Canyon Road, Simi Valley, Ca. and am authorized to execute this certification of

documents on its behalf. I have personal knowledge of the facts contained in this declaration

and, if called as a witness, could and would competently testify to them.

2.  In my capacity as an employee of the above-referenced company, I am in actual

possession of the

    ☑ original promissory note

    ☑ original deed of trust

    ☑ each assignment of the promissory note and/or deed of trust

at issue in this matter, designated in our records as Loan No. 151302059 regarding property

address 5222 PIONEER CABIN COURT; NORTH LAS VEGAS , NV 89031, and borrower(s)

ROBERT ALLEN WALLS.

3.  The attached copies of the above-referenced documents are true and correct copies of

the original promissory note, deed of trust, and each assignment of the promissory note and/or

deed of trust in my actual possession as an employee of ReconTrust Company, N.A.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing

is true and correct and that this declaration is executed on this 27TH day of AUGUST, 2010 at

Simi Valley, California.

_____
                Thomas Huynh, DECLARANT


STATE OF CALIFORNIA
COUNTY OF VENTURA

On August 27, 2010 before me, Margarita Padilla, Notary Public, personally appeared
Thomas Huynh, Servicing Team Manager, personally known to me (or proved to me on the
basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in
his/her/their/authorizes capacity(ies) and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument..

Witness my hand and official seal.


_____
Notary Public,


MARGARITA PADILLA
Commission # 1810351
Notary Public - California
Ventura County
My Comm. Expires Aug 21, 2012

EXHIBIT  B

CLARK COUNTY, NEVADA
FRANCES DEANE, RECORDER

Assessor's Parcel Number: 124-31-225-010

Recording Requested By:
MORTGAGE LOAN SPECIALISTS, INC.

And When Recorded Return To:
MORTGAGE LOAN SPECIALISTS, INC.
4695 MACARTHUR COURT 11 TH FLOOR
NEWPORT BEACH, CALIFORNIA 92660
Loan Number: 04020109

RECORDED AT THE REQUEST OF:

NORTH AMERICAN TITLE COMPANY

03-05-2004          14:53          DOM

BOOK/INSTR:20040305-03187
TRUST DEED          PAGE COUNT:   25

FEE:          38.00
RPTT:          .00

RECEIPT/CONF. COPY - HAS NOT BEEN COMPARED TO THE ORIGINAL

———————— [Space Above This Line For Recording Data] ————————

# DEED OF TRUST

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated MARCH 1, 2004          , together with all Riders to this document.
(B) "Borrower" is ROBERT ALLEN WALLS, A SINGLE MAN

Borrower is the trustor under this Security Instrument.
(C) "Lender" is MORTGAGE LOAN SPECIALISTS, INC.

Lender is a CALIFORNIA CORPORATION                                        organized
and existing under the laws of CALIFORNIA
Lender's address is 4695 MACARTHUR COURT 11 TH FLOOR, NEWPORT BEACH, CALIFORNIA 92660
Lender is the beneficiary under this Security Instrument. ,
(D) "Trustee" is CHICAGO TITLE, A CALIFORNIA CORPORATION

(E) "Note" means the promissory note signed by Borrower and dated MARCH 1, 2004
The Note states that Borrower owes Lender ONE HUNDRED SEVENTY-ONE THOUSAND FIVE HUNDRED AND 00/100          Dollars (U.S. $ 171,500.00          )
plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than APRIL 1, 2034          .
(F) "Property" means the property that is described below under the heading "Transfer of Rights in the Property."

DocMagic *eFerms* 800-649-1362
www.docmagic.com

EXHIBIT  C

20040305
.03188

CLARK COUNTY, NEVADA
FRANCES DEANE, RECORDER

RECORDED AT THE REQUEST OF:

NORTH AMERICAN TITLE COMPANY

Assessor's Parcel Number: 124-31-225-010

Recording Requested By: MORTGAGE LOAN
SPECIALISTS, INC.

And When Recorded Return To:
MORTGAGE LOAN SPECIALISTS, INC.
4695 MACARTHUR COURT 11 TH FLOOR
NEWPORT BEACH, CALIFORNIA 92660
Loan Number: 04020119

03-05-2004    14:53    DOM

OFFICIAL RECORDS

BOOK/INSTR:20040305-03188

PAGE COUNT:    15

FEE:       31.00
RPTT:       .00

—————— [Space Above This Line For Recording Data] ——————

# DEED OF TRUST

THIS DEED OF TRUST is made this 1st   day of  MARCH, 2004                 , among the
Grantor, ROBERT ALLEN WALLS, A SINGLE MAN

(herein "Borrower"),

CHICAGO TITLE, A CALIFORNIA CORPORATION

(herein "Trustee"), and the Beneficiary,
MORTGAGE LOAN SPECIALISTS, INC., A CALIFORNIA CORPORATION
a corporation organized and existing under the laws of  CALIFORNIA
whose address is 4695 MACARTHUR COURT 11 TH FLOOR, NEWPORT BEACH,
CALIFORNIA 92660

(herein "Lender").

BORROWER, in consideration of the indebtedness herein recited and the trust herein created, irrevocably
grants and conveys to Trustee, in trust, with power of sale, the following described property located in the County
of CLARK                                                                                        , State of Nevada:
SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS EXHIBIT "A".
A.P.N. #: 124-31-225-010

THIS SECURITY INSTRUMENT IS SUBORDINATE TO AN EXISTING FIRST
LIEN(S) OF RECORD.
which has the address of 5222 PIONEER CABIN COURT, NORTH LAS VEGAS
                                                           [Street]                                        [City]

Nevada 89031                         (herein "Property Address");
          [Zip Code]

NEVADA - SECOND MORTGAGE - 1/80                    Page 1 of 8              DocMagic EZForms 800-649-1362
3829                                                                                                www.docmagic.com

20040305
.03188

TOGETHER with all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances and rents (subject however to the rights and authorities given herein to Lender to collect and apply such rents), all of which shall be deemed to be and remain a part of the property covered by this Deed of Trust; and all of the foregoing, together with said property (or the leasehold estate if this Deed of Trust is on a leasehold) are hereinafter referred to as the "Property."

TO SECURE to Lender the repayment of the indebtedness evidenced by Borrower's note dated MARCH 1, 2004                     and extensions and renewals thereof (herein "Note"), in the principal sum of U.S. $ 49,000.00           , with interest thereon, providing for monthly installments of principal and interest, with the balance of the indebtedness, if not sooner paid, due and payable on APRIL 1                  , 2019   ; the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Deed of Trust; and the performance of the covenants and agreements of Borrower herein contained.

Borrower covenants that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property, and that the Property is unencumbered, except for encumbrances of record. Borrower covenants that Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to encumbrances of record.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1. **Payment of Principal and Interest.** Borrower shall promptly pay when due the principal and interest indebtedness evidenced by the Note and late charges as provided in the Note.

2. **Funds for Taxes and Insurance.** Subject to applicable law or a written waiver by Lender, Borrower shall pay to Lender on the day monthly payments of principal and interest are payable under the Note, until the Note is paid in full, a sum (herein "Funds") equal to one-twelfth of the yearly taxes and assessments (including condominium and planned unit development assessments, if any) which may attain priority over this Deed of Trust and ground rents on the Property, if any, plus one-twelfth of yearly premium installments for hazard insurance, plus one-twelfth of yearly premium installments for mortgage insurance, if any, all as reasonably estimated initially and from time to time by Lender on the basis of assessments and bills and reasonable estimates thereof. Borrower shall not be obligated to make such payments of Funds to Lender to the extent that Borrower makes such payments to the holder of a prior mortgage or deed of trust if such holder is an institutional lender.

If Borrower pays Funds to Lender, the Funds shall be held in an institution the deposits or accounts of which are insured or guaranteed by a Federal or state agency (including Lender if Lender is such an institution). Lender shall apply the Funds to pay said taxes, assessments, insurance premiums and ground rents. Lender may not charge for so holding and applying the Funds, analyzing said account or verifying and compiling said assessments and bills, unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge. Borrower and Lender may agree in writing at the time of execution of this Deed of Trust that interest on the Funds shall be paid to Borrower, and unless such agreement is made or applicable law requires such interest to be paid, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds showing credits and debits to the Funds and the purpose for which each debit to the Funds was made. The Funds are pledged as additional security for the sums secured by this Deed of Trust.

If the amount of the Funds held by Lender, together with the future monthly installments of Funds payable prior to the due dates of taxes, assessments, insurance premiums and ground rents, shall exceed the amount required to pay said taxes, assessments, insurance premiums and ground rents as they fall due, such excess shall be, at Borrower's option, either promptly repaid to Borrower or credited to Borrower on monthly installments of Funds. If the amount of the Funds held by Lender shall not be sufficient to pay taxes, assessments, insurance premiums and ground rents as they fall due, Borrower shall pay to Lender any amount necessary to make up the deficiency in one or more payments as Lender may require.

Upon payment in full of all sums secured by this Deed of Trust, Lender shall promptly refund to Borrower any Funds held by Lender. If under paragraph 17 hereof the Property is sold or the Property is otherwise acquired by Lender, Lender shall apply, no later than immediately prior to the sale of the Property or its acquisition by

# EXHIBIT  D

20061024-0005136

Fee: $41.00
N/C Fee:  $25.00

10/24/2006                    14:48:22
720060188595
Requestor:
   FIRST AMERICAN TITLE COMPANY OF NEVADA
Charles Harvey            DOM
Clark County Recorder     Pgs: 28

FIRST AMERICAN TITLE COMPANY

Assessor's Parcel Number:
124-31-225-010
After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.

MS SV-79 DOCUMENT PROCESSING
P.O.Box 10423
Van Nuys, CA 91410-0423
Prepared By:
KELSEY L. ROGERS
~~Recording Requested~~ By:
L. SPIRO

COUNTRYWIDE HOME LOANS, INC.

2595 W. CHANDLER BLVD
CHANDLER
AZ 85224

————————————[Space Above This Line For Recording Data]————————————

            3107289            00015130205910006
        [Escrow/Closing #]        [Doc ID #]

## DEED OF TRUST

        MIN 1000157-0007394962-6

DEFINITIONS
Words used in multiple sections of this document are defined below and other words are defined in Sections 3,
11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in
Section 16.

NEVADA-Single Family- Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS
                        Page 1 of 16
⬤ -6A(NV) (0507) CHL (11/05)(d)
            VMP Mortgage Solutions, Inc.                Form 3029  1/01





DOC ID #: 00015130205910006

(A) **"Security Instrument"** means this document, which is dated   OCTOBER 16, 2006   ,
together with all Riders to this document.
(B) **"Borrower"** is
ROBERT ALLEN WALLS, A SINGLE MAN

Borrower is the trustor under this Security Instrument.
(C) **"Lender"** is
COUNTRYWIDE HOME LOANS, INC.

Lender is a
CORPORATION

organized and existing under the laws of  NEW YORK                            . Lender's address is
4500 Park Granada MSN# SVB-314
Calabasas, CA 91302-1613
(D) **"Trustee"** is
RECONTRUST COMPANY, N.A.

225 WEST HILLCREST DRIVE, MSN TO-02
THOUSAND OAKS, CA 91360
(E) **"MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting
solely as a nominee for Lender and Lender's successors and assigns. **MERS is the beneficiary under this
Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and
telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(F) **"Note"** means the promissory note signed by Borrower and dated   OCTOBER 16, 2006   .
The Note states that Borrower owes Lender
TWO HUNDRED TWENTY NINE THOUSAND and 00/100

Dollars (U.S. $ 229,000.00          ) plus interest. Borrower has promised to pay this debt in regular
Periodic Payments and to pay the debt in full not later than   NOVEMBER 01, 2036   .
(G) **"Property"** means the property that is described below under the heading "Transfer of Rights in the
Property."
(H) **"Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges
due under the Note, and all sums due under this Security Instrument, plus interest.
(I) **"Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following
Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| [X] Adjustable Rate Rider | [ ] Condominium Rider | [X] Second Home Rider |
| [ ] Balloon Rider | [X] Planned Unit Development Rider | [ ] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [ ] Other(s) [specify] |

-6A(NV) (0507)  CHL (11/05)          Page 2 of 16                    Form 3029 1/01

RAW

# EXHIBIT  E



**20061207-0005623**

Fee: $15.00
N/C Fee: $0.00

12/07/2006                    16:13:23
T20060215383
Requestor :
   RECONTRUST COMPANY NA

Charles Harvey                    BGN
Clark County Recorder       Pas: 2



Tax ID: 124-31-225-010

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS,   ROBERT ALLEN WALLS
was the original Trustor, under that certain Deed of Trust dated 03/01/2004 and recorded 03/05/2004, as
Instrument or Document No. 20040305-03187, in Book 20040305, Page 3187, of Official Records of the County
of CLARK, State of Nevada.

WHEREAS, the undersigned, Impac Funding Corporation , as the present Beneficiary(s) under said Deed of Trust
hereby substitutes a new Trustee, ReconTrust Company, N.A., under said Deed of Trust, and ReconTrust
Company, N.A. as Trustee under said Deed of Trust does hereby reconvey, without warranty, to the person or
persons legally entitled thereto, the estate now held by Trustee under said Deed of Trust.

Dated: 11/21/2006

New Trustee:                                    Current Beneficiary:
  ReconTrust Company, N.A.                         Impac Funding Corporation

By: _____          By: _____
   Kathy Cochran                                     Peter Lopez
   Assistant Secretary                              Assistant Secretary

DOCID#000620258792005N

Mail tax statements and                  Recording Requested By:
When recorded return to:                 ReconTrust Company, N.A.
ROBERT ALLEN WALLS                       1330 W. Southern Ave.
3940 Laurel Canyon Blvd # 926            MS: TPSA-88
Studio City, CA 91604                    Tempe, AZ 85282-4545
                                         (800) 540-2684

# EXHIBIT  F



20070523-0002382

Fee: $14.00
N/C Fee: $0.00

05/23/2007                12:18:00
T20070093694
Requestor:
  STONEWOOD GROUP LLC THE

Debbie Conway                    JYB
Clark County Recorder        Pgs: 1

Prepared by & return to:
The Stonewood Group, LLC
3937 Sunset Blvd., Ste. 1
West Columbia, SC 29169
Attn: C. Johnson

LOAN #:        1103146589
APN#:          12431225010
MAIL TAX STMTS TO:   Impac Funding Corporation
                     1401 Dove Street, #100
                     Newport Beach CA 92660

STATE OF:     **NEVADA**
COUNTY OF:    **CLARK**

## ASSIGNMENT OF DEED OF TRUST

FOR AND IN CONSIDERATION of good and valuable considerations, the receipt of which is hereby acknowledged, **MORTGAGE LOAN SPECIALISTS, INC.**, does hereby sell, transfer, assign and set over to **IMPAC FUNDING CORPORATION**, a Deed of Trust executed by **ROBERT ALLEN WALLS, A SINGLE MAN**, dated 3/1/2004, and recorded in Book/, Page/, Document #/20040305-03187 in the Recorders Office of **CLARK** County, **NEVADA**, on 3/5/2004, together with the indebtedness secured thereby.

LEGAL DESCRIPTION: **AS DESCRIBED IN AFORMENTIONED DEED OF TRUST**
PROPERTY ADDRESS: **5222 PIONEER CABIN COURT, , NORTH LAS VEGAS, NV, 89031**
LOAN AMOUNT:      **$171,500.00**

IN WITNESS WHEREOF, the said **MORTGAGE LOAN SPECIALISTS, INC.**, has caused this conveyance to be signed by **MATTHEW MOUA**, its **AUTHORIZED SIGNATORY**, thereunto duly authorized.

MORTGAGE LOAN SPECIALISTS, INC.

BY: **MATTHEW MOUA, AUTHORIZED SIGNATORY
FOR MORTGAGE LOAN SPECIALISTS, INC.**

STATE OF:     **CALIFORNIA**
COUNTY OF:    **ORANGE**

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said county and state, the within named **MATTHEW MOUA**, who is **AUTHORIZED SIGNATORY** for **MORTGAGE LOAN SPECIALISTS, INC.**, who acknowledged that s/he signed and delivered the foregoing instrument on the date named herein as the act and deed of said corporation, s/he having been duly authorized so to do.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this, the 3/13/2007 .

Notary Public:
My commission expires:        **JEAN YANG**
                              **12/24/2008**

JEAN YANG
Commission # 1537970
Notary Public - California
Orange County
My Comm. Expires Dec 24, 2008

EXHIBIT  G

Inst #: 201008170003372
Fees: $14.00
N/C Fee: $25.00
08/17/2010 03:29:04 PM
Receipt #: 468339
Requestor:
FIDELITY NATIONAL DEFAULT S
Recorded By: BGN   Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER

FIDELITY NATIONAL
RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL DOCUMENT TO:

BAC Home Loans Servicing, LP
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA  93065

TS No. 09-0091459
TITLE ORDER#: 090454787
APN  124-31-225-010

## CORPORATION ASSIGNMENT OF DEED OF TRUST NEVADA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFER TO:
  BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 10/16/2006,
EXECUTED BY: ROBERT ALLEN WALLS, A SINGLE MAN, TRUSTOR: TO RECONTRUST
COMPANY, N.A., TRUSTEE AND RECORDED AS INSTRUMENT NO. 0005136 ON 10/24/2006, IN
BOOK 20061024, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S OFFICE OF CLARK
COUNTY, IN THE STATE OF NEVADA.

DESCRIBING THE LAND THEREIN:  AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST.

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE
MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS
ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED:  August 16, 2010

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

State of: Texas          )
County of: Tarrant       )  BY: _Jessica Wa___
                              Jessica Ulary, Assistant Secretary

On 8/16/2010 before me _Karin Morris_, personally appeared _Jessica Ulary_
_Asst Sec_, know to me (or proved to me on the oath of _____ or through
_DL_ ) to be the person whose name is subscribed to the foregoing instrument and
acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

_Karin Morris_
Notary Public's Signature

KARIN ANNE MORRIS
Notary Public, State of Texas
My Commission Expires
January 14, 2014

EXHIBIT  H

**From:** David Upton <David.Upton@impaccompanies.com>
**To:** 'raw247la@aol.com' <raw247la@aol.com>
**Subject:** RE: Hi, its Robert Walls - 1103146589 5222 Pioneer Cabin Court, North Las Vegas, NV 89031
**Date:** Fri, Jan 7, 2011 5:06 pm

Robert -

    [illegible] ... although I do remember ...

    To correct one misconception, you state that loan #1103146589 originated with us in March 2004. We did not originate the loan, it was originated by Mortgage Loan Specialist, Inc. (aka Innovative Mortgage Capital LLC) as your loan documents show. Here is a clip from the Note showing they were the [illegible]

**1 BORROWER'S PROMISE TO PAY**
    In return for a loan that I have received I promise to pay U S $49,000.00        (this amount will be called "principal") plus interest to the order of the Lender. The Lender is MORTGAGE LOAN SPECIALISTS, INC., A CALIFORNIA CORPORATION I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note will be called the "Note Holder."

    We did review the loan and agreed to purchase it, which we did later in March 2004, about two weeks after your loan was of record. That is why the [illegible]

**NOTE**        Loan # 04020119

[illegible]

    I have no information for you on your loan 151302059. That format does not match our system and I only find one account when I search our records for [illegible]

[illegible]

**From:** raw247la@aol.com [mailto:raw247la@aol.com]
**Sent:** Friday, January 07, 2011 4:22 PM
**To:** David Upton
**Subject:** Re: Hi, its Robert Walls - 1103146589 5222 Pioneer Cabin Court, North Las Vegas, NV 89031

Hi David,

Thank you so much for sending me the information below. I believe I understand what transpired now.

Even though it does not state who assigned the Loan to you in your info below, it begins to make sense if you look at the attachment I have sent to you in this email .

First I believe the Loan, # 1103146589 originated with you sometime in March 2004 as it state in the attached assignment recorded with Clark County Recorder and not Jan. 2004, (I say I believe because I do not have that info, you do).
But do I believe Impac Funding Corp. did receive the Loan, # 1103146589 from Mortgage Loan Specialist Inc. sometime around March 2004.

But as you can see on the recording of this Doc. I sent to you in the attachment, they Mortgage Loan Specialist did not record this assignment with the Clark County Recorder, till May 23, 2007, more than 3 years later, which of course is very confusing.

And the Loan # 151302059, which I also inquired about, was my new Loan (I refinanced, under my name Robert Allen Walls) that superseded the Loan we are discussing.

Question, does it state in your records that the said Loan in question originated with Impac Funding Corp. in Jan. 2004?

Again thank you for your attention to this matter.

Best regards,
Robert Walls

-----Original Message-----
**From:** David Upton <David.Upton@impaccompanies.com>
**To:** 'raw247la@aol.com' <raw247la@aol.com>
**Cc:** Denise Anderson <Denise.Anderson@impaccompanies.com>
**Sent:** Thu, Jan 6, 2011 4:03 pm
**Subject:** RE: Hi, its Robert Walls - 1103146589 5222 Pioneer Cabin Court, North Las Vegas, NV 89031

Mr. Walls -

    [illegible] serviced by Countrywide (now Bank of America), was paid in full on our system on 10-26-06. I have included a screen print below showing the $0.00 Principal [illegible]

    Due to a quirk in our system, which drops the third digit of the account number (always a zero), the 113146589 shown is the same as the 1103146589 [illegible]

S04-LOAN_EV1 Loan-Level Event Tracking v67 - [SBO 2000]                                        _ □ X

Cashiering   Servicer Admin   Index Maintenance   Loan Maintenance   General Maintenance   Tape Handling   GL Admin   Help
Window                                                                                                          _ ☐ X

DUPTON     SBO     06-JAN-2011     Form Options

**EVENT TRACKING GENERAL LOAN INFORMATION**                                    PAGE 1 OF 2

| | | **GENERAL LOAN INFORMATION** | NAME | WALLS |
|---|---|---|---|---|

LOAN NUMBER 113146589       OTHER LOAN NUMBER                              NAME   WALLS

| | | | **DEFAULT CONTROL STATUS** | |
|---|---|---|---|---|
| SERVICER | 4505 | BANK OF AMERICA C | | |
| PURCHASE NUMBER | 38 | IMPAC CMB 2004-3 | LOAN STATUS | 2  PAYOFF/NATURAL |
| SERVICER LOAN NUMBER | | 62025879 | LOAN STATUS DATE | 26-OCT-2006 |

LOAN CHARACTERISTICS

| | | | | |
|---|---|---|---|---|
| PRINCIPAL BALANCE | | 0.00 | FORECLOSURE STATUS | |
| PART PRINCIPAL | | 0.00 | POST FORECLOSURE STATUS | |
| DUE DATE | | 01-NOV-2006 | REO PROPERTY NUMBER | |
| LAST SERVICER CUTOFF | | 26-OCT-2006 | DEFAULT STATUS | |
| LOAN TYPE | 13 | FIRST CONV W/O PM | BANKRUPTCY STATUS | |
| MATURITY DATE | | 01-APR-2034 | DAYS DELINQUENT | -8 |
| PAYMENT HOLD FLAG | | | MONTHS DELINQUENT | 0 |

PRIMARY MORTGAGE INSURANCE

| | | | | |
|---|---|---|---|---|
| PROPERTY TYPE | 10 | DIMINIMUS PUD | COVERAGE TYPE | |
| RECOURSE CODE | 01 | WITHOUT RECOURSE | COVERAGE AMOUNT | 0 |
| APPRAISED VALUE | | 245000.00 | CARRIER | |
| STREET | 5222 | PIONEER CABIN COURT | CERTIFICATE # | |

MASTER POOL INSURANCE

| | | | | |
|---|---|---|---|---|
| CITY | NORTH LAS VEGAS | | COVERAGE TYPE | |
| STATE | NV  NEVADA | 89031 | COVERAGE AMOUNT | |
| COUNTY | 3  CLARK | | CARRIER | |
| MERS LOAN # | | | CERTIFICATE # | ▶ |

Record: 1/1          List of Values  <OSC> <DBG>

Since we had discussed our strict adherence to the privacy laws, I am surprised that you included a request for information on an unaffiliated loan #151302059. I have never discussed this matter...

...

**From:** raw247ia@aol.com [mailto:raw247ia@aol.com]
**Sent:** Thursday, January 06, 2011 3:16 PM
**To:** David Upton
**Subject:** Hi, its Robert Walls

Hi David,

Nice speaking with you, if you would be so kind to froward me the information you have on the said Loan ( # 1103146589).it would be much appropriated.
Question do you have any knowledge of Impac Funding Corp. holding the Deed of Trust/ Loan, on Loan # 151302059.
Thank you again for your attention to this matter.

Best regards,
Robert Walls

818-261-9474

=

Attention: This e-mail message is privileged and confidential. If you are not the intended recipient please delete the message and notify the sender. Any views or opinions presented are solely those of the author.